**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7323**

_____

KEVIN EARNEST COX,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Department
of Corrections,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   James E. Bradberry, Magistrate Judge.  (CA-00-778-2)

_____

Submitted:  October 24, 2001          Decided:  November 13, 2001

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Kevin Earnest Cox, Appellant Pro Se.  Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Earnest Cox seeks to appeal the magistrate judge's[*] order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Cox v. Angelone, No. CA-00-778-2 (E.D. Va. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Pursuant to 28 U.S.C. § 636(c) (1994), Cox waived his right to proceed before a United States district judge and consented to have a United States magistrate judge conduct all proceedings in this case.

2